UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60142-CIV-DAMIAN/Augustin-Birch

**RUDOLPH BETANCOURT**,

    Plaintiff,

v.

**PROPERTY MANAGEMENT OF
HOLLYWOOD, INC.**, and
**S & M 2018, LLC d/b/a PITA POCKETS**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court following a Status Conference held on May 2, 2024, at which the parties, through counsel, appeared before the undersigned to address scheduling matters. As discussed on the record at the Status Conference, the parties are amenable to engaging in settlement discussions in an early effort to resolve this matter without the need for protracted litigation.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk is **DIRECTED** to mark this case **CLOSED** for statistical purposes only until further Order of the Court. Should settlement discussions reach an impasse, either party may motion to reopen this case and restore it to the active docket. Any pending motions are **DENIED AS MOOT**. The parties shall submit a

joint status report on or before **June 3, 2024**, advising the Court of the status of the settlement negotiations.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 3rd day of May, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record

---

[1] As discussed on the record at the Status Conference, the Court may refer this matter to U.S. Magistrate Judge Augustin-Birch for a settlement conference should the parties' settlement discussions prove unsuccessful.